STATE of Missouri, Plaintiff/Respondent,

v.

Lamont WALKER, Defendant/Appellant.

No. 68388.

Missouri Court of Appeals,
Eastern District,
Division One.

June 11, 1996.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after he was convicted by a jury of one count of second degree burglary, § 569.170, RSMo 1986. The court sentenced him as a prior offender to a prison term of seven years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

Dennis LARAMORE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 69447.

Missouri Court of Appeals,
Eastern District.
Division One.

June 11, 1996.

Rose M. Wibbenmeyer, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt U. Schaefer, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Movant appeals the motion court's judgment denying Rule 24.035 post-conviction relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).